In the Matter of the Examination of GEORGE L. BOLL, Judgment Debtor,

in Proceedings Supplementary to Execution upon the Application of WILLIAM H. ROSSENBACH, Judgment Creditor, Respondent. LILLIAN ROCKEFELLER and Another, Individually and as Executors, etc., Appellants. — Order affirmed, with ten dollars costs and disbursements. All concurred.